UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— v. —

LILIAN JAKACKI, a/k/a "Lilian Wieckowski,"
MARCIN JAKACKI, a/k/a "Martin,"
MW&W GLOBAL ENTERPRISES, INC., d/b/a "Chopin Chemists,"
EUROPEAN APOTHECARY, INC., d/b/a "Chopin Chemists," and
ROBERT CYBULSKI,

          Defendants.

Unsealing Order

15 Cr. 727

    Upon the application of the United States of America, by the United States Attorney for the Southern District of New York, Preet Bharara, by Assistant United States Attorney Sidhardha Kamaraju;

    It is found that the Indictment in the above-captioned action (15 Cr. 727) is currently sealed, and the United States Attorney's Office has applied to have that Indictment unsealed, and it is therefore

    ORDERED that the Indictment in the above-captioned

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/15

action be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
         October 29, 2015

                                              _____
                                              THE HONORABLE JAMES C. FRANCIS IV
                                              UNITED STATES MAGISTRATE JUDGE
                                              SOUTHERN DISTRICT OF NEW YORK