DOCKET No. 15 CR 727    DEFENDANT: Marcin Jahacki

AUSA Sidhardha Kamaraju    DEF'S COUNSEL John Kaley / Louis Pellegrino

☐ RETAINED  ☐ FEDERAL DEFENDERS  ☒ CJA

☐ _____ INTERPRETER NEEDED   ☐ DEFENDANT WAIVES PRE-TRIAL REPORT

☐ Rule 5   ☒ Rule 9   ☐ Rule 5(c)(3)   ☐ Detention Hrg.
☐ Other: AW issued 10/26/15

DATE OF ARREST 10/29/15   ☐ VOL. SURR.
TIME OF ARREST 5:15 pm   ☐ ON WRIT
TIME OF PRESENTMENT 10/29 3:32 pm

## BAIL DISPOSITION

☐ DETENTION ON CONSENT W/O PREJUDICE   ☐ DETENTION: RISK OF FLIGHT/DANGER   ☐ SEE ORDER
☐ DETENTION: HEARING SCHEDULED FOR _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEFENDANT RELEASED ON OWN RECOGNIZANCE
☒ $ 1,000,000 PRB
☒ 3 FRP
☒ SECURED BY $ _____ CASH/PROPERTY: home
☒ TRAVEL RESTRICTED TO SDNY/EDNY/ _____
☒ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)
☐ REGULAR PRETRIAL SUPERVISION   ☒ STRICT PRETRIAL SUPERVISION
☐ DRUG TESTING/TREATMENT   ☐ MENTAL HEALTH EVALUATION/TREATMENT
☐ HOME INCARCERATION   ☒ HOME DETENTION   ☐ CURFEW   ☒ ELECTRONIC MONITORING
☒ OTHER CONDITIONS surrender firearms

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE; REMAINING CONDITIONS TO BE MET BY _____
☒ DEF. TO BE RELEASED UPON SATISFACTION OF FOLLOWING CONDITIONS: 3 FRPs, etc. ; REMAINING CONDITIONS TO BE MET BY 11/5 property

COMMENTS/ADDITIONAL PROCEEDINGS:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/29/15

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY   ☐ CONFERENCE BEFORE D.J. ON _____
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

FOR RULE 5(c)(3) CASES:
☐ IDENTITY HEARING WAIVED          ☐ PRELIMINARY HEARING WAIVED
☐ DEFENDANT TO BE REMOVED          ☐ ON DEFENDANT'S CONSENT

DATE FOR PRELIMINARY HEARING _____   ☐ ON DEFENDANT'S CONSENT

DATE: 10/29/15                 James C. Francis IV
                               UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (ORIGINAL) - COURT FILE   PINK - U.S. ATTORNEY'S OFFICE   YELLOW - U.S. MARSHAL   GREEN - PRETRIAL SERVICES AGENCY
REV. (2011) 1H-2