UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                                   :
UNITED STATES OF AMERICA,        :        15 Cr. 727 (JSR)
                                                                   :        <u>Electronically Filed</u>
           – *against* –               :
                                                                     :        NOTICE OF APPEARANCE
MARCIN JAKACKI,                      :        AND REQUEST FOR
                                                                     :        ELECTRONIC NOTIFICATION
                Defendant.         :
-------------------------------------------------------x

     Please take notice that Lindsay A. Lewis, Esq., hereby appears in this action on behalf of MARCIN JAKACKI and respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

     I am an attorney in good standing in the State of New York, as well as the United States District Court for the Southern District of New York.


Dated: New York, New York
         November 19, 2015

                                                                     Respectfully submitted,

                                                                     /s/Lindsay A. Lewis
                                                                    Lindsay A. Lewis
                                                                    JOSHUA L. DRATEL, P.C.
                                                                    29 Broadway, Suite 1412
                                                                    New York, New York 10006
                                                                    (212) 732-0707
                                                                    llewis@joshuadratel.com

                                                                    *Attorney for Defendant Marcin Jakacki*