**EXHIBIT A**

BW CNYRxPadMV065250 P Pad 19 of 20 3/1/2013 3 N

# OFFICIAL NEW YORK STATE PRESCRIPTION

**AGNIESZKA ANNA GLIWA MD**
LIC: 222668
NPI: 1487649919

934 MANHATTAN AVENUE BROOKLYN, NY 11222 (718) 389-8585

PRACTITIONER DEA NUMBER

Patient Name _____ Date _____

Address _____

City _____ State_____ Zip_____ Age_____ Sex [M | F]

℞

Prevent medication errors. Please see back of prescription.

Prescriber Signature X _____

MAXIMUM DAILY DOSE
(controlled substances only)

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'daw' IN THE BOX BELOW

REFILLS ☐ None
Refills: _____

PHARMACIST TEST AREA:

Dispense As Written

0QN1VZ 59

LJakacki_016691

Standard Register.

SECURE DOCUMENT



| | Prescribers--prevent medical errors! Complete box below for treatment category. Questions, please call the NYS Official Prescription Program at 866-811-7957 (Option 2) |
|---|---|
| | Cardiovascular |
| | Gastrointestinal |
| | Antibiotic/Anti-Infective |
| | Pain/Inflammation |
| | Cough/Cold |
| | Respiratory |
| | Central Nervous System |
| | Genital/Urology |
| | Endocrine |
| | Other |

LJakacki_016692