UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 15 Cr. 727 (JSR) |
| - against - | : | **NOTICE OF MOTION IN SUPPORT OF DEFENDANT MARCIN** |
| MARCIN JAKACKI, | : | <u>**JAKACKI'S PRE-TRIAL MOTIONS**</u> |
| Defendant. | : | |

-------------------------------------------------------X

     **PLEASE TAKE NOTICE,** that upon the annexed Declaration of Lindsay A. Lewis, Esq., and all prior papers and proceedings herein, the defendant, MARCIN JAKACKI, will move before the Honorable Jed S. Rakoff, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, at a time and date to be set by the Court, or as soon thereafter as counsel may be heard, for an order compelling the government to provide a Bill of Particulars, leave to join in any motions filed by his co-defendants to the extent they inure to his benefit, and leave to file any further motions that may become necessary, and for any such other and further relief as to the Court seems just and proper.

Dated: New York, New York
       11 February 2016

                                                            <u>/S/ Lindsay A. Lewis</u>
                                                            LINDSAY A. LEWIS
                                                             JOSHUA L. DRATEL, P.C.
                                                            29 Broadway, Suite 1412
                                                            New York, New York 10006
                                                            (212) 732-0707

                                                           *Attorneys for Defendant Marcin Jakacki*

To:    CLERK OF THE COURT

UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF NEW YORK

ALL DEFENSE COUNSEL