UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

             - v. -

LILIAN JAKACKI, a/k/a "Lilian Wieckowski,"
MW&W GLOBAL ENTERPRISES, INC.,
d/b/a "Chopin Chemists," and EUROPEAN
APOTHECARY, INC., d/b/a "Chopin Chemists,"

                 Defendants.

------------------------------------------------------------------X

Case No. 15 Cr. 727 (JSR)

NOTICE OF MOTION

      **PLEASE TAKE NOTICE**, that upon all prior papers and proceedings herein, the defendants LILIAN JAKACKI, a/k/a "Lilian Wieckowski," MW&W GLOBAL ENTERPRISES, INC., d/b/a "Chopin Chemists," and EUROPEAN APOTHECARY, INC., d/b/a "Chopin Chemists" (hereafter collectively "the L. Jakacki Defendants") will move before the Honorable Jed S. Rakoff, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, at a time and date to be set by the Court, or as soon thereafter as counsel may be heard, to join in any motions filed by the other co-defendants to the extent they inure to the benefit of the L. Jakacki Defendants, and leave to file any further motions that may become necessary, and for any such other and further relief as the Court deems proper and in the interests of justice.

Dated:   New York, New York
         February 11, 2016

                                    PERLMUTTER & MCGUINNESS, P.C.

                              By: _____
                                     Adam D. Perlmutter

                              260 Madison Avenue, Suite 1800
                              New York, New York 10016
                              Tel: (212) 679-1990
                              Fax: (888) 679-0585
                              Attorneys for Defendant Lillian Jakacki

To:   Clerk of the Court (via ECF)
      All Counsel (same)