UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

        - v. -

LILIAN JAKACKI, a/k/a "Lilian Wieckowski,"
MW&W GLOBAL ENTERPRISES, INC.,
d/b/a "Chopin Chemists," and EUROPEAN
APOTHECARY, INC., d/b/a "Chopin Chemists,"

        Defendants.

------------------------------------------------------------------X

Case No. 15 Cr. 727 (JSR)

DECLARATION OF
ADAM D. PERLMUTTER, ESQ.

      ADAM D. PERLMUTTER, an attorney duly admitted to practice before the United States Court for the Southern District of New York. Hereby declares:

      1.    I am counsel of record for defendants LILIAN JAKACKI, a/k/a "Lilian Wieckowski," MW&W GLOBAL ENTERPRISES, INC., d/b/a "Chopin Chemists," and EUROPEAN APOTHECARY, INC., d/b/a "Chopin Chemists" (hereafter collectively "the L. Jakacki Defendants") in connection with the above matter.

      2.    I submit this declaration in support of the L. Jakacki Defendants' motion to join in the pretrial motions of the co-defendants to the extent that they inure to benefit the L. Jakacki Defendants, and to make further motions that may become necessary.

      3.    For the reasons stated in the pretrial motions and accompanying supporting papers of the co-defendants, the L. Jakacki Defendants pray that the

Court will grant the relief sought therein to the extent that they inure to their benefit, and for such other relief that the Court deems to be in the interests of justice.

Dated: New York, New York
February 11, 2016

_____
Adam D. Perlmutter