UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,

    - v. -

LILIAN JAKACKI,
    a/k/a "Lilian Wieckowski," *et al.*,

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ECF CASE

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

15 Cr. 727 (JSR)

TO:    Clerk of Court
         United States District Court
         Southern District of New York

    The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                            Respectfully submitted,

                            PREET BHARARA
                            United States Attorney for the
                            Southern District of New York

                          by: /s/ Jordan Estes
                                Jordan Estes
                                Assistant United States Attorney
                                (212) 637-2543

TO:    Counsel of Record (via ECF)