# MEMORANDUM



TO: <u>Honorable Jed S. Rakoff</u>
    U.S. District Judge

FROM: <u>Arthur Penny, Chief</u>
     U.S. Pretrial Services Officer

RE:  *United States v. Jakacki*
     *15 CR 727 (JSR)*

The attached memorandum was prepared by Pretrial Services Officer

**Dennis Khilkevich**                                                                 **(212) 805-4147**
    Name                                                                           Phone Number

will present to Your Honor significant details about the conditions which were imposed on the above-named defendant.

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[ ]   I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[✓]   We have informed all parties concerned that a bail hearing will be conducted in Courtroom # __14-B__ on __5/3/16__ at __5 p.m.__
                           (date)          (time)

[ ]   The conditions of release are hereby modified as recommended by Pretrial Services

[ ]   Comments:


__5/1/16__
Date

__[signature]__
Honorable Jed S. Rakoff
U.S. District Judge